## JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COOPER L. PARTNER, | ) | Case No. EDCV 14-0149-R (DTB) |
| Plaintiff, | ) | |
| vs. | ) | **J U D G M E N T** |
| E. VALENZUELA, | ) | |
| Defendant. | ) | |

   Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: October 9, 2014

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE